UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSEPH JAY LUZIER, III,

   Plaintiff,

v.                                        CASE NO. 6:07-cv-181-Orl-19KRS

SHERIFF J.R. "JACK" PARKER, et al.,

   Respondents.

## **ORDER**

This case is before the Court on the following motion:

**MOTION**:   Plaintiff's Motion to Refile Amended Complaint in a Separate Action (Doc. No. 10, filed March 7, 2007).

On February 9, 2007, the Court ordered Plaintiff to refile his civil rights complaint on the standard form. On February 13, 2007, an amended complaint (Doc. No. 3) was received by the Clerk of the Court and filed in the instant case. Plaintiff asserts, however, that the amended complaint was not intended to be filed in the instant action, but instead was intended to initiate a separate action. As such, Plaintiff now requests that the amended complaint (Doc. No. 3) be filed in a separate case. If the Court grants Plaintiff's motion, the instant action would be subject to dismissal because Plaintiff would be deemed not to have complied with the Court's Order requiring the refiling of the complaint. Accordingly, Plaintiff's Motion to Refile Amended Complaint in a Separate Action

(Doc. No. 10, filed March 7, 2007) is **DENIED**. If Plaintiff wants to initiate another action unrelated to the instant case, he may do so by filing another complaint in the proper court.

    **DONE AND ORDERED** at Orlando, Florida this 14th day of March, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies to:
sc 3/14
Joseph Jay Luzier, III

2